# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SHOPIFY INC.,**<br><br>Movant,<br><br>v.<br><br>**IP EDGE LLC,**<br><br>Respondent. | Civil Action No. 6:25-mc-00188-DAE |

## ORDER GRANTING SHOPIFY INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

BEFORE THE COURT is Movant Shopify Inc. ("Shopify")'s Unopposed Motion for Leave to File Under Seal (the "Unopposed Motion"). (Dkt. # 15.)

Having reviewed the Unopposed Motion, and good cause appearing, the Court hereby **GRANTS** the Unopposed Motion. (Dkt. # 15.)

The Clerk is directed to file an unredacted version of the following **UNDER SEAL** until further Order of the Court:

1. Shopify's Reply in Support of its Motion to Enforce its Subpoena to IP Edge LLC (the "Reply");

2. Declaration of Paige Arnette Amstutz in support of the Reply ("Amstutz Declaration"); and

3. Exhibit S to the Amstutz Declaration.

SIGNED: May 28, 2025,

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE